AB:ANR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

    - against -

~~JOLANNI~~ M. BLACKSHEAR
JALONNI

        Defendant.

------------------------------X

AFFIDAVIT IN SUPPORT
OF REMOVAL TO THE
DISTRICT OF
ALASKA
(Fed. R. Crim. P. 5)

Case No. 22-MJ-451

EASTERN DISTRICT OF NEW YORK, SS:

    I, Alex Pena, being duly sworn, deposes and states that he is a Special Agent with U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    On or about April 19, 2022, the United States District Court for the District of Alaska issued an arrest warrant commanding the arrest of ~~JOLANNI~~ JALONNI M. BLACKSHEAR on an complaint charging a violation of Title 18, United States Code, Section 1073 for the unlawful flight to avoid prosecution.

    The source of your deponent's information and the grounds for his belief are as follows:[1]

    1.    On or about April 19, 2022, the United States District Court for the District of Alaska issued an arrest warrant commanding the arrest of ~~JOLANNI~~ JALONNI M.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

BLACKSHEAR for a violation of Title 18, United States Code, Section 1073, following a complaint on that charge. A true and correct copy of the Complaint is attached hereto as Exhibit A. A true and correct copy of the Arrest Warrant is attached hereto as Exhibit B.

2. I arrested the defendant on or about April 20, 2022. The defendant stated to me that his name was "~~Jolann~~i [JALONNI] Blackshear." While I was arresting BLACKSHEAR, BLACKSHEAR spontaneously stated that, in substance, he knew that he was wanted for charges in Anchorage. I also recognized the defendant from photographs and physical surveillance of ~~JOLANNI~~ [JALONNI] M. BLACKSHEAR that I had reviewed pursuant to the investigation.

3. Based on the foregoing, I submit that there is probable cause to believe that the defendant is the ~~JOLANNI~~ [JALONNI] M. BLACKSHEAR wanted in the District of Alaska.

WHEREFORE, your deponent respectfully requests that the defendant ~~JOLANNI~~ [JALONNI] M. BLACKSHEAR be removed to the District of Alaska so that he may be dealt with according to law.

/s/ *Alex Pena*
Alex Pena
Special Agent
Homeland Security Investigations

Sworn to before me [by telephone] this
20th day of April, 2022

EASTERN DISTRICT OF NEW YORK

2

# **ATTACHMENT A**

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) |
|---|---|
| v. | ) |
| Jalonni M. Blackshear | ) Case No. 3:22-mj-00207-KFR |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Unknown but no ater than Apr  6, 2022  in the county of _____ in the District of  Alaska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

SA Jolene Goeden (FBI AN)
Printed name and title

Sworn to before me and signed in my presence.

Date: April 19, 2022

_____
Judge's signature

City and state:  Anchorage, Alaska

Hon. Kyle F. Reardon, U.S. Magistrate Judge
Printed name and title

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>**JALONNI MARCEL BLACKSHEAR**<br>DOB: 01/13/1983<br>AK OL: 7355901<br>APSIN ID: 7538642 | Case No.: 3:22-mj-00207-KFR |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, JOLENE GOEDEN, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **JALONNI MARCEL BLACKSHEAR** (hereafter the SUBEJCT) with violations of 18 U.S.C. § 1073 (unlawful flight to avoid prosecution).

2. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is submitted for the limited purposes of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me during this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since

March 2004. Since that time, I have been assigned investigative responsibilities in the areas of crimes against children, human trafficking, violent gangs and criminal enterprises investigations in the FBI Anchorage Field Office, where I am currently assigned. The Anchorage Field Office is located within the District of Alaska. During this assignment, I have focused on child pornography, kidnapping, human trafficking, drug, violent gang, criminal enterprises, and felon in possession of a weapon investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes and criminal enterprises.

## PROBABLE CAUSE

*Summary of Probable Cause*

4. For the reasons stated herein, I submit that there is probable cause to arrest JALONNI MARCEL BLACKSHEAR for violating of 18 U.S.C. § 1073 (Flight to Avoid Prosecution). This probable cause is based on the following:

5. On or about March 30, 2022, a 14-year-old Anchorage, Alaska resident ("Victim 1") alleged that a male member of her household raped her. Victim 1's mother ("Victim 2"), took her to the hospital to conduct a rape kit and forensic review. The doctor observed trauma and blood in Victim 1's vagina and anus. The Alaska state court issued a search warrant for the DNA of Victim-1's father, BLACKSHEAR, an Alaska state corrections officer. A day after the DNA search warrant was executed, BLACKSHEAR quit his job, and he, Victim 1, and Victim 2 disappeared.

6. The Anchorage Police Department executed exigent pings on the cell phones of BLACKSHEAR and Victim 2 and observed the phones pinging in Staten Island, New York. On April 13, 2022, the Anchorage lab confirmed that BLACKSHEAR's DNA was found inside Victim-1's vagina and anus. An Alaska state court issued an arrest warrant for sexual assault for BLACKSHEAR in matter 3AN-22-2732CR, attached to this application as Attachment A, and incorporated herein.

7. On April 15, 2022, the Anchorage Police Department found the deceased bodies of Victim 1 and Victim 2 with shotgun wounds at BLACKSHEAR's residence.

8. [REDACTED]

9. [REDACTED]

10. [REDACTED]

[REDACTED]

11. [REDACTED]

12. On April 19, 2022, law enforcement physically observed individuals they believe to be BLACKSHEAR [REDACTED] at the PREMISES, based on a comparison of law enforcement photographs and Facebook pictures of BLACKSHEAR [REDACTED]. The photograph on the left depicted below is from the Alaska Police Department wanted poster of BLACKSHEAR. The photograph on the right was taken by law enforcement this evening outside of the PREMISES. BLACKSHEAR can be seen wearing what appears to be the same chain necklace.




## Conclusion

13. For the foregoing reasons, I submit that there is probable cause to believe that JALONNI MARCEL BLACKSHEAR SR has violated 18 U.S.C. § 1073 (flight to avoid prosecution) and seek that this court issue a warrant for his arrest.

Respectfully submitted,

SA Jolene Goeden, FBI Child Exploitation and Human Trafficking Task Force

Subscribed and sworn to before me telephonically

On April 19, 2022

pursuant to Fed.R.Crim.P. 4.1

HON. KYLE F. REARDON
UNITED STATES MAGISTRATE JUDGE

# **ATTACHMENT B**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:22-mj-00207-KFR |
| Jalonni M. Blackshear | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jalonni M. Blackshear                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See affidavit is support of criminal complaint.

Date: April 19, 2022

_____
*Issuing officer's signature*

City and state: Anchorage, Alaska

Hon. Kyle F. Reardon, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jalonni M. Blackshear

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height: 5' 10"  Weight: 250

Sex:  Race: 

Hair:  Eyes: Brown

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: 

FBI number: 

Complete description of auto: 

Investigative agency and address: 

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*:

From: john.kleinsmith@anchorageak.gov
To: ANCDCC@AKCOURTS.GOV
Subject: Arrest Warrant Application
Date: 4/13/2022 3:32:57 PM
Attachments: image001.png, image002.png, image003.png, image004.jpg, APD Case 22-10054 Arrest Warrant

Can I please ask for the Judge to delay posting this on Court View as I'm sure the suspect is checking it regularly.
[cid:image001.png@01D84F4B.BF29D180]
<https://urldefense.com/v3/__http://www.muni.org/departments/police/Pages/default.aspx__;!!LViD8WrmGQU!pZq_UYGelIPkjqlZ2SYORmLL6D5gwLRbV7zDlXJXZwOhCFFD3qbUNGAjubRp3PHDs0PYqYDaZJ3JiVUMs_gFifZXlK4yp7QNhHi2$ >
Detective Jack Kleinsmith
Crimes Against Children Unit
Anchorage Police Department
716 W 4th Ave, Anchorage, AK 99501
Office: (907) 786-8579
Cell: (907) 727-4651
john.kleinsmith@anchorageak.gov<mailto:john.kleinsmith@anchorageak.gov>
[cid:image002.png@01D84F4B.BF29D180]<https://urldefense.com/v3/__https://local.nixle.com/anchorage-police-department/__;!!LViD8WrmGQU!pZq_UYGelIPkjqlZ2SYORmLL6D5gwLRbV7zDlXJXZwOhCFFD3qbUNGAjubRp3PHDs0PYqYDaZJ3JiVUMs_gFifZXlK4yp1vAmoSZ$ > [cid:image003.png@01D84F4B.BF29D180]
<https://urldefense.com/v3/__https://twitter.com/AnchoragePolice__;!!LViD8WrmGQU!pZq_UYGelIPkjqlZ2SYORmLL6D5gwLRbV7zDlXJXZwOhCFFD3qbUNGAjubRp3PHDs0PYqYDaZJ3JiVUMs_gFifZXlK4yp30aNRWk$ > [A picture containing clipart  Description automatically generated]
<https://urldefense.com/v3/__https://www.facebook.com/AnchoragePolice/__;!!LViD8WrmGQU!pZq_UYGelIPkjqlZ2SYORmLL6D5gwLRbV7zDlXJXZwOhCFFD3qbUNGAjubRp3PHDs0PYqYDaZJ3JiVUMs_gFifZXlK4yp5dliGYg$ >

From: john.kleinsmith@anchorageak.gov
To: ANCDCC@AKCOURTS.GOV
Subject: Arrest Warrant Application
Date: 4/13/2022 3:32:57 PM

FILED in the TRIAL COURTS
STATE OF ALASKA, THIRD DISTRICT

APR 1 3 2022

Clerk of the Trial Courts
Dep:

## IN THE DISTRICT COURT FOR THE STATE OF ALASKA

State of Alaska )  3ANS 22-2732 CR
   Plaintiff )
Vs. )  ATN: 117738342
JALONNI MARCEL BLACKSHEAR SR ) APD # 22-11054
DOB: 01/13/1983 )
AK OL 7355901 ) **FELONY**
APSIN ID 7538642 )

### COMPLAINT

I certify that this document and its attachments do not contain information (1) the name of a victim of a sexual offence listed in AS 12.51.140 or (2) a residence or business address or telephone number of a victim of or witness to any offence unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSES Per AS 18.66.990(3) and (5)
[X] ALL COUNTS   [ ] NONE   [ ] SPECIFIED BELOW

**Count I, II, & III**        001-003

SEXUAL ABUSE OF A MINOR IN THE FIRST DEGREE AS 11.41.434 (a)(2)

On 3/30/2022 in the morning hours, at or near Anchorage, in the Third Judicial District, State of Alaska; JALONNI BLACKSHEAR SR, being 18 years of age or older, engaged in sexual penetration with a person who is 14 years of age, and the offender is the victim's natural parent.

*To wit: JALONNI BLACKSHEAR SR,(39) Thirty nine years of age, did commit the crime of sexual abuse of a minor in the first degree by engaging in sexual penetration with (14) fourteen year old J.B. by using his penis to penetrate her vagina and anus, and using his mouth to penetrate her vagina and anus, all in the city of Anchorage Alaska.*

All of which is an Unclassified Felony offense being contrary to and in violation of AS 11.41.434 (a)(2) and against the peace and dignity of the State of Alaska.

### AFFIDAVIT OF J. KLEINSMITH

I, J. KLEINSMITH, being first duly sworn on oath, hereby depose and state:

1. I have been assigned to the Detective Division Crimes Against Children Unit since June of 2017. I have worked crimes against children throughout my career including my time in Nome as an Alaska State Trooper. I am familiar with crimes involving the Sexual Abuse of Minors and have worked numerous cases involving Glass Warrants and have successfully provided evidence in those cases to the District Attorney's Office for prosecution through the Alaska Court System.

I have successfully completed Child First Training in 2003 and again in 2017. I have had training in interviewing juvenile victims of human trafficking and Prostitution. I am currently certified as a child forensic interviewer.

I had been assigned to Detectives APD VICE Unit since March of 2007, and an APD Patrol Officer since 2004, during which time my duties have been Patrol Officer, Detective with Burglary Unit and Robbery Assault Unit. I have investigated numerous theft, burglary, and robbery cases. I have had training in Clandestine Methamphetamine Labs and drug identification while working with Anchorage Police Department. I have completed 80 hours of DEA Basic training and am currently site safety certified for Clandestine Methamphetamine Labs.

Prior to that I was employed with the Alaska State Troopers for 5 ½ years, during which time my duties included Patrol, Alcohol and Narcotics Interdiction and Investigations. This also included training in Inter/Intra State Trafficking of Narcotics, and drug identification training.

Prior to that I was employed as a Deputy Sheriff in Washington State for 9 years, during which time I worked as a Patrol Deputy, Deputy Corrections, Search and Rescue, Canine, Off road vehicle Patrol. During that time I had drug identification training and many contacts with controlled substances including Schedules I, II, III, IV, to include heroin and opium derivatives.

CASE FACTS:

On 3/30/2022, at aproximately 7-8 am Raechyl Robinson took her 14 year old daughter (J.B.) from Begich Middle School and transported her to Alaska Regional for a SART examination. APD Patrol Officer Beatty responded and Raechyl stated that her daughter (J.B.) told her this morning that she had been raped. Raechyl said that (J.B.) described rape, as a penis went into her vagina without consent.

Alaska Regional Hospital Staff (nurse/Doctor) Described their interaction with Raechyl and (J.B.). (J.B.) was observed to be very emotional and teary eyed. Dr Starr resorted to asking (J.B.) yes or no questions and relied on head nods and shakes to communicate with (J.B.) When Dr Starr asked her if the suspect was someone in the home, (J.B.) teared up and looked at her mother. Raechyl told (J.B.) that she didn't have to say who the suspect was. (J.B.) did not answer that question. When asked where this occurred (J.B.) told the Doctor it was "at her house, someone she knew, and happened this morning 3/30/2022". Dr Starr was able to ascertain that (J.B.) vagina and anus were penetrated both digitally and penile.

Raechyl was directed to Alaska CARES child advocasy center and followed APD Officer Beatty to Alaska CARES. I was assigned this priority case by Detective Sgt Kearns and became actively involved in this case. Raechyl arrived with (J.B.) and her 10 year old daughter, (L.R.) Both minor children were forensically interviewed at Alaska CARES. Officer Beatty advised me that Raechyl would not tell him where the family lived, telling Officer Beatty that he didn't need that information. Only at Alaska CARES, would Raechyl state where they lived as a family, 3810 Resurrection Drive in Anchorage Alaska.

(J.B.) stated that she lives in their house with:
Mom- Raechyl
Sister-(L.R.)-10 yoa
Brother-(J.T.)-16 yoa
Brother-(T.R.)-15 yoa
Brother-(M.B.)-16 yoa
Dad-"J"

(J.B.) disclosed that she went to the hospital this morning with her sister, mom, and mom's friend Tia for an exam. She said her mom told her the name of the exam but she forgot. She then said she didn't want to talk about it. (J.B.) said that she didn't want to talk about the subject of being touched without her consent. She said if something like that happened she would tell her mom about it. She said she went to the hospital for an exam because she was sick and didn't want to talk about this subject any more.

Forensic Medical Examination:

Raechyl was insistent that an exam be performed on (J.B.) Forensic DNP, Jeanne Parrish conducted the exam with Raechyl present. (J.B.) described to nurse Parrish, that what happened to her was someone put a penis inside her vagina and butt and put their mouth on her vagina and butt, and it happened this morning 3/30/2022. (J.B. would not provide further details.

10 year old (L.R.) was forensically interviewed and did not disclose sexual or physical abuse in the home. (L.R.) did disclose that she goes on daddy dates with her dad where he will let her choose which restauraunt to go to. She said dad and (J.B.) go on dad and daughter dates too, but they do it separate. She said they (J.B. and dad) are separate. She said they do it separately so they can talk to dad about things without interruptions. She stated she herself likes to talk to dad or mom about things without the other siblings around. (L.R.) said that dad has a sign that says, "family is everything." She said the sign means that no matter what you always put your family first. She stated dad says "you need to be loyal to family, your best friend should be your family" She said they all have one on one conversations with dad about "family needs to come first" She said she remembers that (J.B.) was sick this morning.

Detective Falvo contacted JALONNI BLACKSHEAR by phone (907-602-3540) and asked him to bring his two sons, (T.R.) 15 yoa and (J.T.) 16 yoa, to Alaska CARES for interviews. JALONNI stated he didn't know what was going on and his wife (Raechyl) was not talking to him, but said he would bring the boys to CARES within 45 minutes.

After waiting approximately 90 minutes, Detective Sgt Kearns contacted JALONNI by phone who stated he was not coming to CARES and that his children did not want to come. Sgt Kearns was able convince him that the children needed to be here as this was a criminal investigation. JALONNI stated he would have a friend bring the children, as he himself was not going to come to CARES. When asked why he wouldn't accompany them, JALONNI stated " I just won't, I know how these things work"

(J.T.) was interviewed forensically at Alaska CARES and disclosed that his two brothers (M.B.) (T.R.) and two sisters (J.B.) (L.R.) were home all last night and this morning. He said his dad JALONNI was home with them but his mom Raechyl was at work, 6pm to 6:30-7:00 am. He said all the boys sleep downstairs and the girls have their room upstairs as well as mom and dad. He said that dad's bedroom door is always open. He said last night and this morning, both his sisters were in dad's room watching forensic files and slept with dad until morning. He said he woke up around 5:30 and did his chores with his brother (T.R.). He said he didn't see (J.B.) but was pretty sure she was in bed with his dad watching Teen Wolf. He said (J.B.) doesn't leave for school for an hour after the boys do. (J.T.) said that this morning (J.B.) wasn't feeling well and she texted him while he was at school. He said later that afternoon, his dad text him, saying (J.B.) was not in school and his dad didn't know where she was. (J.T.) said his dad didn't sexually abuse (J.B.). He said his brother, (M.B.) told him that (J.B.) and dad got into an argumant before about her getting caught doing something she shouldn't have with another girl. He said (J.B.) didn't exactly "Come Out" but their dad saw a text message on her phone reference doing something with another girl.

(M.B.) was interviewed forensically at Alaska CARES and disclosed that his dad, two sisters, and two brothers were home all night and this morning, while mom was at work. He said no

one else came to the house, or left the house during that time. He said the boys all sleep in one room downstairs and the girls and mom and dad have rooms upstairs.

(T.R.) was interviewed forensically at Alaska CARES and disclosed that he was home all night with his dad, two sisters, and two brothers. He said Mom was at work till around 6:30 am. He said no one else came to the house, or left the house during that time. He said all three of the boys went to school at Bartlett this morning by bus.

There is extensive history of domestic violence with this family and OCS took emergency custody of all the children in 2019 reference DV and other safety issues involving firearms in the home. (Pending APD Case 19-27189) All the children interviewed were fearfull that they would be put in Foster homes by OCS if they came to Alaska CARES and talked in an interview.

A full State of Alaska Sexual Assault Evidence Collection Kit was performed on victim (J.B.) at Alaska CARES. A request will be made to the State Of Alaska Crime Lab to expedite the processing of this evidence collection kit and comparison to Known DNA of JALONNI BLACKSHEAR SR, should the Court grant my request for collection.

Court granted that search warrant (3AN-22-1331SW) and Detective Vrablic colected two buccal swabs from JALONNI BLACKSHAER SR on 4/1/2022.

Those buccal swabs were sent via evidence chain to Alaska State Crime Lab and compared to the Pediatric Evidence Collection kit taken from J.B. on 3/30/2022.

Parent Raechyl Blackshear brought victim J.B. to contact and APD Officer on 4/4/2022 and insisted an Officer take a report that J.B. had falsely stated she was raped and wanted to let APD know.

After DNA was taken from BLACKSHEAR he resigned his Alaska Police Standards Counsel Corrections Officer Comission on 4/7/2022 and left the state of Alaska.

Parent Raechyl Blackshear was Court Ordered to produce both female children J.B. and L.R. and left the state of Alaska. 14 year old victim J.B. is presumed missing. 10 year old sibling L.R. was recovered in Elk Grove California and returned to Alaska safely.

The SA Kit from the victim was processed and the vulva sample and Peri-anal sample had enough male DNA to go forward for YSTR analysis. YSTR analysis is used when there is low amount of male DNA in a sample a high amounts of female, YSTR analysis targets only the male DNA in the sample. The difference with YSTR analysis and our "normal" autosomal analysis is that YSTR profiles are shared withing a paternal line and are not unique to an individual. (meaning fathers and bio sons will have the same YSTR profile)

The same single source YSTR profile was obtained from these samples (vulva, perianal) and this YSTR profile matched the YSTR profile from Jalonni Blackshear, therefore Jalonni (and his paternal male relatives) cannot be excluded as the source of the DNA.

The Anal sample also was suitable for YSTR analysis but did not go forward based on the results of the other samples.
The inner thigh/external genitalia and the virginal/cervical sample had very low levels of male DNA compared to female and would need permission to consumed form department of law in order to proceed with testing.

### REQUEST OF THE COURT

The affiant respectfully requests that the Court issue an Arrest Warrant for JALONNI MARCEL BLACKSHEAR SR DOB-1/13/1983 ADL-7355901 for THREE (3) Counts of Sexual Abuse Of A Minor First Degree.

FURTHER YOUR AFFIANT SAYETH NAUGHT,

29168

Detective J. Kleinsmith Badge 29168
Anchorage Police Department

SUBSCRIBED AND SWORN to affirm before me this 13 day of April, 2021.

MAGISTRATE / DISTRICT SUPERIOR COURT JUDGE



From: john.kleinsmith@anchorageak.gov
To: ANCDCC@AKCOURTS.GOV
Subject: ARREST WARRANT
Date: 4/13/2022 3:42:59 PM

Exempt From VRA Certif.

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

[X] STATE OF ALASKA
[ ] MUNICIPALITY OF ANCHORAGE

Plaintiff,

vs.

JALONNI M. BLACKSHEAR SR.

Defendant.

DOB: 1/13/1983  ATN: 117736342

CASE NO. 3AN-22-2732 CR

ARREST WARRANT

To Any Peace Officer Or Other Authorized Person:

You are commanded to arrest the defendant and bring the defendant before the nearest available judicial officer without unnecessary delay to answer to a complaint/information/indictment charging the defendant with violation of

3 COUNTS OF AS 11.41.434(a)(2)
SEXUAL ABUSE OF A MINOR 1ST DEGREE
(statute or ordinance)
(offense)

Bail is set at $ TBD @ ARR.

[X] The defendant may not be released until the court approves a third party custodian and/or conditions of release.

Judge/Deputy Clerk as ordered on the record by Judge NESBETT

Date

Sex: M  Race: B  Ht: 510  Wt: 250  Hair: BLK  Eyes: BRO
DOB: 1-13-1983  OL/ID: 7355901  SSN:
Last Known Address: 3810 RESURRECTION DR. ANCHORAGE  phone:
Place of Employment: NONE  phone:

RETURN

Original warrant received by [ ] AST [ ] _____ Police Dept. on _____

I certify that State Trooper or Peace Officer _____, Badge No. _____
executed this warrant by arresting the defendant in _____, Alaska, on _____
The defendant [ ] was [ ] was not served with a copy of the warrant.

Return Date   Signature of Peace Officer   Type or Print Name   Badge No.

CR-115 ANCH (3/00)(st.5)
ARREST WARRANT

Crim. R. 4 & 9